

# NUMBER 13-12-00569-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**MAE FIELDS AND THOMAS BETTS, ET AL,**　　　　　　　**Appellants,**

**v.**

**CORRECTIONS CORPORATION OF AMERICAN
AND WARDEN ORLANDO PEREZ,**　　　　　　　**Appellees.**

---

### On appeal from the 197th District Court
### of Willacy County, Texas.

---

## MEMORANDUM OPINION

### Before Justices Garza, Benavides, and Perkes
### Memorandum Opinion Per Curiam

Appellants, Mae Fields and Thomas Betts, et al., perfected an appeal from a judgment rendered against them in favor of appellees, Corrections Corporation of American and Warden Orlando Perez. On November 5, 2012, the Clerk of this Court notified appellants that the clerk's record in the above cause was originally due on

October 17, 2012, and that the district clerk, Gilbert Lozano, had notified this Court that appellants failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellants of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellants were advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Appellants have failed to respond to this Court's notice. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).

PER CURIAM

Delivered and filed the
13th day of December, 2012.

2